IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.                       CRIMINAL NO. 11-CR-30055-DRH

CHARLIE BARNES,

    Defendant.

## **ORDER**

Upon motion of the United States of America, and the Court being advised of the facts,

leave of court is granted for dismissal of the Indictment in this matter.

DATED: December 15, 2011

David R. Herndon
2011.12.15
21:47:23 -06'00'

Chief Judge
United States District Court